# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2019

158205(20)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                    SC: 158205
                                                     COA: 343619
                                                     Shiawassee CC: 2017-009708-FH
DAVID ERNEST FISHER,
          Defendant-Appellant.
_____/

On order of the Court, the motion for reconsideration of this Court's December 4, 2018 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2019



Clerk

a0422